U.S.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEKOA KEITA,[1]

*Plaintiff*,

– against –

1316 BROADWAY CHICKEN CORP. *d/b/a Popeyes*, ZAMIR DOE, *and* GAMAL DOE,

*Defendants*.

**ORDER**
25-cv-05213 (NCM) (SDE)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated July 24, 2026, from the Honorable Lara K. Eshkenazi, United States Magistrate Judge. ECF No. 25. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

[1] The case caption has been revised to remove plaintiff Armon Gonzalez who filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and whose claims were dismissed without prejudice. *See* Docket Entry dated May 1, 2026.

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment, ECF No. 16, is granted with respect to the first and second causes of action, and denied with respect to the fourth cause of action for lack of standing. Judgment is to be entered against defendant 1316 Broadway Chicken Corp. as follows: (a) $4,489.57 in unpaid overtime wages; (b) $4,489.57 in liquidated damages; (c) pre-judgment interest at a daily rate of $1.11 from December 25, 2025, through the entry of judgment; (d) post-judgment interest as set forth in 28 U.S.C. § 1961; (e) an award of $5,825.00 in attorney's fees; and (f) an award of $525.70 in costs. Plaintiff's fourth cause of action is dismissed without prejudice for lack of standing. Plaintiff's claims against Zamir Doe and Gamal Doe are dismissed.

The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED.**

*/s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 27, 2026
Brooklyn, New York